# PARKER HANSKI LLC
40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX: 212.248.5600

**MEMO ENDORSED**

November 15, 2019

<u>Via ECF</u>
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Mark Anthony Phifer v. Longearl Associates LLC et al*
<u>Docket No. 19-cv-06082 (KPF)</u>

Dear Judge Failla:

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the initial conference scheduled to be held on November 22, 2019 at 4:30 pm by thirty (30) or more days to a date that is convenient to the Court.

The reason for this request is because the parties have been engaged in settlement discussions, and desire to avoid incurring further litigation expense to focus on the resolution.

This is the second request for an adjournment. The requested adjournment does not affect any other scheduled dates in this matter.

Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.

```
Application GRANTED.  The initial pretrial conference
previously scheduled for November 22, 2019, is hereby
ADJOURNED to January 8, 2020, at 10:00 a.m.  The Parties are
ORDERED to submit to the Court a joint status letter per the
Court's Notice of Initial Pretrial Conference (Dkt. #6) and a
Proposed Case Management Plan by January 2, 2020.
```

SO ORDERED.

Dated: November 15, 2019
New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE